ACCEPTED
05-19-00488-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/20/2019 2:22 PM
LISA MATZ
CLERK

NO. 05-19-00488-CV

IN THE COURT OF APPEALS

FOR THE FIFTH DISTRICT OF TEXAS

DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/20/2019 2:22:28 PM
LISA MATZ
Clerk

ESPERANZA PARRENO MEJIA,

*Appellant,*

v.

MICHAEL RYAN SAWYER, VICKIE MOSELEY,
AND VINCE RAY MOSELEY,

*Appellees*

NOTICE OF APPEARANCE OF ADDITIONAL
COUNSEL FOR APPELLEES

TO THE HONORABLE COURT OF APPEALS:

David G. Allen files this Notice of Appearance of Additional Counsel for Appellees as follows:

1.      Pursuant to Rule 6.2 of the Texas Rules of Appellate Procedure, David G. Allen hereby appears as additional counsel of record for Appellees Michael Ryan Sawyer, Vickie Moseley, and Vince Ray Moseley.  Mr. Allen's address and other required information is:

**NOTICE OF APPEARANCE – Page 1**

David G. Allen
State Bar No.: 00786972

Stacy Conder Allen, LLP
901 Main Street, Suite 6200
Dallas, Texas 75202
allen@stacyconder.com
(214) 748-5000 (Telephone)
(214) 748-1421 (Facsimile)

Respectfully Submitted,

**STACY | CONDER | ALLEN, LLP**


By: */s/ David G. Allen*
    Clinton D. Howie
    State Bar No. 00796782
    howie@stacyconder.com
    David G. Allen
    State Bar No.: 00786972
    allen@stacyconder.com
    901 Main Street, Suite 6200
    Dallas, Texas 75202
    (214) 748-5000
    (214) 748-1421 (Fax)

**ATTORNEYS FOR APPELLEES**


**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure.


*/s/ Clinton D. Howie*
Clinton D. Howie


**NOTICE OF APPEARANCE – Page 2**